STEVEN E. SHAPIRO (SBN 120200)
1223 Wilshire Boulevard # 461
Santa Monica, California 90403
Telephone: (310) 428-4776
Facsimile: (310) 395-0246
Email: steven@stevenshapirolaw.com
Attorney for Plaintiff
COTAPAXI CUSTOM DESIGN AND
MANUFACTURING LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COTAPAXI CUSTOM DESIGN AND MANUFACTURING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUPPLEMENTWAREHOUSE.COM, INC., a Wisconsin corporation,<br><br>Defendant. | Case No.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; JURY DEMAND** |

Plaintiff Cotapaxi Custom Design and Manufacturing LLC for its Complaint for Patent Infringement against Defendant SupplementWarehouse.com, Inc., alleges as follows:

PARTIES

1. Plaintiff Cotapaxi Custom Design and Manufacturing LLC ("Cotapaxi") is a Delaware limited liability company having a place of business at 6315 Bandini Boulevard, Commerce, California 90040.

2. Upon information and belief, Defendant SupplementWarehouse.com, Inc. ("Defendant") is a Wisconsin corporation having an office at 2440 Corporate Preserve

Dr., Oak Creek, WI 53154.

3. Defendant conducts substantial and continuous business in the State of California, the Central District of California, and the County of Los Angeles.

## JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Defendant is subject to this Court's personal jurisdiction, consistent with the principles of due process and the California Long Arm Statute, because Defendant has conducted and transacted substantial and continuous business in the Central District of California and has had other substantial and continuous contact with this District.

## PATENT INFRINGEMENT

7. Cotapaxi is the owner of all right, title, and interest in U.S. Patent No. D680,827, which is entitled "Funnel" (the "patent-in-suit"). A copy of the patent-in-suit is attached hereto as Exhibit 1.

8. Defendant is directly infringing and/or inducing others to infringe the patent-in-suit by making, using, offering to sell or selling in the United States, or importing into the United States, products that embody the design claimed in the patent-in-suit. In particular, Defendant has been and continues to supply customers with funnels that infringe the patent-in-suit. Defendant has slavishly copied Cotapaxi's patent funnel design. Defendant's funnel, which Defendant markets as the "Easy Fill Funnel" is an exact replica of the design shown in the Cotapaxi patent-in-suit. A photograph of Defendant's infringing funnel is attached hereto as Exhibit 2.

9. Defendant has profited through infringement of the patent-in-suit.

Defendant sells its Easy Fill Funnel alone and in combination with all of the nutritional supplement products that it sells, all at substantial profit. As a result of Defendant's unlawful infringement of the patent-in-suit patent, Cotapaxi has suffered and will continue to suffer damage. Cotapaxi is entitled to recover from the Defendant the damages suffered by Cotapaxi as a result of Defendant's unlawful acts.

10. Defendant's infringement of the patent-in-suit constitutes willful and deliberate infringement, entitling Cotapaxi to enhanced damages and reasonable attorney fees and costs. Defendant copied Cotapaxi's patented design and continues to infringe the patent-in-suit, without any lawful basis for doing so and even though the patent infringement by Defendant's funnel is plain. Defendant even falsely asserts on each funnel that it sells that it owns the patent on the funnel's design.

11. Upon information and belief, Defendant intends to continue the unlawful infringing activity, and Cotapaxi continues to and will continue to suffer irreparable harm—for which there is no adequate remedy at law—from such unlawful infringing activity unless Defendant is enjoined by this Court.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. D680,827

12. Cotapaxi realleges and incorporates by reference the allegations set forth in paragraphs 1-11.

13. Cotapaxi is the owner of all right, title, and interest in U.S. Patent No. D680,827, entitled "Funnel" and duly and properly issued by the U.S. Patent and Trademark Office on April 30, 2013.

14. As described more fully above, Defendant has been and/or is directly infringing and/or inducing others to infringe the patent by, among other things, making, using, offering to sell or selling in the United States, or importing into the United States, products, including funnels that embody or incorporate the claim of the patent.

3

## **PRAYER FOR RELIEF**

WHEREFORE, Cotapaxi prays for relief as follows:

A. For a judgment declaring that Defendant has infringed the patent-in-suit;

B. For a judgment awarding Cotapaxi compensatory damages as a result of Defendant's infringement of the Cotapaxi patent-in-suit, together with interest and costs, and in no event less than a reasonable royalty;

C. For a judgment declaring that Defendant's infringement of the Cotapaxi patent-in-suit, has been willful and deliberate;

D. For a judgment awarding Cotapaxi treble damages and pre-judgment interest under 35 U.S.C. § 284 as a result of Defendant's willful and deliberate infringement of the Cotapaxi patent-in-suit;

E. For a judgment declaring that this case is exceptional as to Defendant and awarding Cotapaxi its expenses, costs, and attorneys fees in accordance with 35 U.S.C. §§ 284 and 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

F. For a grant of permanent injunction pursuant to 35 U.S.C. § 283, enjoining Defendant from further acts of infringement; and

G. For such other and further relief as the Court deems just and proper.

Dated: February 26, 2013

By: _____
Steven E. Shapiro
Attorneys for Plaintiff
COTAPAXI CUSTOM DESIGN
AND MANUFACTURING LLC

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff COTAPAXI CUSTOM DESIGN AND MANUFACTURING, LLC hereby demands trial by jury.

Dated: February 26, 2014

By: _____
Steven E. Shapiro
Attorneys for Plaintiff
COTAPAXI CUSTOM DESIGN AND MANUFACTURING LLC