# EXHIBIT 2



Exh. 2
P. 1